CO-932 (Rev. 8/10)

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL/MISCELLANEOUS CASE PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil/ Miscellaneous Action No. **10 1384**
(To be supplied by the Clerk)

**FILED AUG 16 2010**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

NOTICE TO PARTIES

Pursuant to LCvR 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil/miscellaneous action which is related to any pending case(s) or which involves the same parties and relates to the same subject matter of any dismissed related case(s). This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the case is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT

LCvR 40.5(b)(2) requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

LcvR 40.5(b)(3) requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the case(s) appear and shall serve such notice on counsel for all other parties.

**The plaintiff, defendant or counsel must complete the following:**

1. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S)

    A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check the appropriate box(es) below.]

    [ ]  (a)  relates to common property

    [ ]  (b)  involves common issues of fact

    [ ]  (c)  grows out of the same event or transaction

    [ ]  (d)  involves the validity or infringement of the same patent

    [X]  (e)  is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(S)

    A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

    Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT): _____

4. CAPTION AND CASE NUMBER OF RELATED CASE(S). IF MORE ROOM IS NEEDED PLEASE USE OTHER SIDE.

    _Ulloa_____ v. _Pastor_____ Case No. _10-1381-RWR_
    _Ulloa_____ v. _Campbell_____ Case No. _10-1383-RWR_

    _8-16-10_____                    _NCD_____
    Date                                  Signature of Plaintiff/Defendant (or counsel)

2